UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 21-2720JVS(MRWx) | Date | June 22, 2021 |
| Title | Melvin Eliezer Rodas v Dennis Darnell Shields | | |

Present: The Honorable **James V. Selna, US District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS plaintiff(s) to Show Cause (OSC) in writing no later than **July 9, 2021**, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

__X__  Proof of service of summons and complaint

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint. Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

**Scheduling Conference set for June 28, 2021 at 10:30 a.m. is continued to August 30, 2021 at 10:30 a.m. Counsel shall file the Joint Rule 26 Meeting Report, with the completed Exhibit A, by 8/23/2021.**

: 00

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 21-2720JVS(MRWx) | Date | June 22, 2021 |
| Title | Melvin Eliezer Rodas v Dennis Darnell Shields | | |

| | | |
|---|---|---|
| | Initials of Preparer | lmb |